ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
Case No. 3:10-CV-41  DCR

BENJAMIN FOSTER, et al.                                                               PLAINTIFFS

v.                          **NOTICE OF INTENTION NOT TO INTERVENE**

CRAIG C. DILGER, CHAIRMAN
KENTUCKY REGISTRY OF ELECTION FINANCE                     DEFENDANT

*** *** *** *** *** *** ***

The Attorney General of Kentucky, by counsel, states the following in response to the notice of a challenge by a party in this case to the constitutionality of KRS 121.150. Due to the large volume of constitutional challenges, and the adequate representation of all interests by the present parties, the Attorney General respectfully declines to participate in the defense of the statute.

Respectfully submitted,

JACK CONWAY
ATTORNEY GENERAL


/s/     LISA K. LANG
LISA K. LANG
ACTING DIRECTOR
OFFICE OF CIVIL & ENVIRONMENTAL LAW
OFFICE OF THE ATTORNEY GENERAL
700 CAPITOL AVENUE
SUITE 118, STATE CAPITOL
FRANKFORT, KENTUCKY 40601-3449
Phone (502) 696-5646
Fax (502) 564-2894

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2010, this Notice of Intention Not to Intervene was filed electronically with the Clerk of the US District Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

AMY CUBBAGE, ESQ.
CHRISTOPHER G. JOHNSON, ESQ.
JUNIS L. BALDON, ESQ.
FROST BROWN & TODD
400 WEST MARKET ST, 32ND FL
LOUISVILLE, KY 40202
(502) 568-0251
(502) 581-1087 (fax)
acubbage@fbtlaw.com
cjohnson@fbtlaw.com
jbaldon@fbtlaw.com

WILIAM E. SHARP, STAFF ATTORNEY
AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY
315 GUTHRIE STREET, STE 300
LOUISVILLE, KY 40202
(502) 581-9746
(502) 589-9687 (fax)
sharp@aclu-ky.org

CRAIG DILGER
KENTUCKY REGISTRY OF ELECTION FINANCE
140 WALNUT STREET
FRANKFORT, KY 40601-3240

                                              /s/   Lisa K. Lang
                                              Lisa K. Lang
                                              Acting Director